UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON SUE ATHERTON,<br><br>            Plaintiff,<br>      v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>            Defendant. | No. CV13-4870-AS<br><br><br><br>**JUDGMENT** |

    IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: February 12, 2014

                              ____/s/_____
                              ALKA SAGAR
                              UNITED STATES MAGISTRATE JUDGE